IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCELO SANDOVAL,

                                                       ORDER

                 Petitioner,

                                                  09-cv-033-bbc

      v.

WARDEN HOLINKA,
Warden FCI Oxford,

               Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On June 23, 2009, I entered an order indicating that the court would appoint a lawyer to represent petitioner Marcelo Sandoval on his petition for a writ of habeas corpus, provided that petitioner submitted an affidavit of indigency and trust fund account statement from the institution proving his financial eligibility. Petitioner has complied with that order. From petitioner's affidavit of indigency and trust fund account statement, I am satisfied that he qualifies for the appointment of counsel under 18 U.S.C. § 3006A(a)(2). Accordingly, IT IS ORDERED that the federal defender's office in this district is authorized

1

to appoint counsel to represent petitioner in this matter.

Entered this 9th day of July, 2009.

BY THE COURT:

_____
BARBARA B. CRABB
District Judge

2