IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARCELO SANDOVAL, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case Number 09-cv-0033-bbc |
| C. HOLINKA, Warden, FCI-Oxford, | ) ) |
| Respondent. | ) ) |

**ORDER OF DISMISSAL**

Based on the stipulation of the parties, and good cause appearing therefore, this habeas corpus petition is hereby dismissed with prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated this 13th day of August, 2009.

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
Chief United States District Judge
Western District of Wisconsin